UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SEMYON GRINBLAT, individually and on behalf
of all others similarly situated,              JUDGMENT
                                               19-CV-7297-DG-SJB
        Plaintiff,

  v.

FUTANI 1959 CORP.; BILL WOLF
PETROLEUM CORP.; JOHN DOE 1–X;
and LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, CORPORATIONS 1–X,

        Defendants.
----------------------------------------------------------------X

        An Order of the Honorable Diane Gujarati, United States District Judge, having been filed on May 13, 2021, adopting the Report and Recommendation of Magistrate Judge Sanket J. Bulsara, dated April 22, 2021, dismissing all claims without prejudice; and dismissing this action; it is

        ORDERED and ADJUDGED that this action is dismissed.

Dated: Brooklyn, New York                          Douglas C. Palmer
       May 14, 2021                              Clerk of Court

                                                    By:    */s/Jalitza Poveda*
                                                             Deputy Clerk